No. 1018, October Term, 1943. PYRAMID MOVING CO. *v.* UNITED STATES ET AL. October 9, 1944. 322 U. S. 715.

No. 1060, October Term, 1943. BASS ET AL. *v.* NEW HAMPSHIRE. October 9, 1944. 322 U. S. 763.

No. 1085, October Term, 1943. KNIGHT *v.* CALIFORNIA ET AL. October 9, 1944. 322 U. S. 765.

No. 1098, October Term, 1943. EX PARTE THOMPSON, EXECUTRIX. October 9, 1944. 322 U. S. 765.

No. —, October Term, 1943. EX PARTE RAYMOND JONES. October 9, 1944. 322 U. S. 711.

No. 193, October Term, 1943. FELDMAN *v.* UNITED STATES. October 9, 1944. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. 322 U. S. 487.

No. 354, October Term, 1943. UNITED STATES *v.* SOUTH-EASTERN UNDERWRITERS ASSOCIATION ET AL. October 9, 1944. MR. JUSTICE ROBERTS and MR. JUSTICE REED took no part in the consideration or decision of this application. 322 U. S. 533.

No. 648, October Term, 1943. UNITED STATES *v.* HELLARD. October 9, 1944. 322 U. S. 363.

No. 724, October Term, 1943. WALKER *v.* SQUIER, WARDEN. October 9, 1944. The second petition for rehearing is denied. 322 U. S. 768.